Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

AMY JANE STOCKMAN,

              Debtor.

IN CHAPTER 13 PROCEEDING
NO. 19-10733-CMA

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

| | |
|---|---|
| Amy Jane Stockman<br>1911 146th Place S.E.<br>Bellevue, WA 98007 | Check Number: 3509093<br>Amount: $3,323.08 |

Dated: May 23, 2023

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Case 19-10733-CMA     Doc 36     Filed 05/23/23     Ent. 05/23/23 15:20:47     Pg. 1 of 1